UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00690-SPG-SHK | Date | November 3, 2025 |
| Title | Christian Argueta v. Ryder Transportation Solutions, LLC | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL (JS-6)

On October 30, 2025, the parties filed a joint stipulation for dismissal with prejudice (ECF No. 19), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. The Court strikes the proposed order (ECF No. 19-1) as moot, and all pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg